9.28.20

To Whom This May Concern:

Hello There I Mr. Rodney L. Scott, Is writing because I am seeking for relief upon My Compassionate Release because I been Having Heart failur, and with me Having a Long Lengthy Sentence for fighting for My rights And federal trial, and was giving to much time as A Non-Violent Drug Offender, And with these bad times of going thro these times of this Coronavirus, I Mr. Scott am Asking to be Sent home early with My Kids And family from the failurs that I'm Having, And from this Long Lengthy Sentence I Have. I Really would want Someone And these Court System to follow up with this If Not A judge thats over My Case please!!!!

Thank You Very Much!!!!

* Rodney Scott



Rodney L. Scott #17836-021
Yazoo City MED-FCI
P.O box 5000
Yazoo City, Ms 39194

JACKSON MS 390
29 SEP 2020 PM 1 L

Office of the Clerk
United States District Court
Southern District of Georgia
P.O box [illegible]
Savannah, Georgia 31412

31412-528686